**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLIE H. DAVIS, INDIVIDUALLY AND
ON BEHALF OF LEQUINDRA KEION
DAVIS AND KAITRONDRA CHALISE
DAVIS,

        **Plaintiffs,**

-vs-                                         **Case No. 6:05-cv-416-Orl-28DAB**

HON. GEORGE WINSLOW, JR., HON
RICHARD S. GRAHAM, BARBARA
FANCHER JONES, KATHY A. JIMENEZ,
ERIC K. NEITZKE, DONNA S.
ZMIJEWSKI, HARRY SPERL,

        **Defendants.**
_____

## ORDER

This case is before the Court on Plaintiffs' Motion for Preliminary Injunctive Relief (Doc. No. 87) filed July 11, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter and consideration of Plaintiffs' objection (Doc. 107), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed July 19, 2005 (Doc. No. 92) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Preliminary Injunctive Relief is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of August, 2005.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party