# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHARLIE H. DAVIS, INDIVIDUALLY AND
ON BEHALF OF LEQUINDRA KEION
DAVIS AND KAITRONDRA CHALISE
DAVIS,

Plaintiffs,

-vs-                                        Case No.  6:05-cv-416-Orl-28DAB

HON. GEORGE WINSLOW, JR., HON
RICHARD S. GRAHAM, BARBARA
FANCHER JONES, KATHY A. JIMENEZ,
ERIC K. NEITZKE, DONNA S.
ZMIJEWSKI, HARRY SPERL,

Defendants.

---

# ORDER

This case is before the Court on the Report and Recommendation (Doc.137) submitted by the United States Magistrate Judge.

After an independent *de novo* review of the record in this matter, and after consideration of Plaintiffs Response (Doc. 139), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.   Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed September 1, 2005 (Doc. 137) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Dismiss Defendant Matousek (Doc. 81) is **GRANTED**.

3.     The Motion to Dismiss Defendants Winslow, Graham, Jimenez, and Zmijewski (Doc. 95) is **GRANTED.**

4.     The Motion to Dismiss Defendant Tanner (Doc. 117) is **GRANTED**.

5.     The Motion to Strike (81) Motion to Dismiss (Doc. 110) is **DENIED**.

6.     The Motion to Strike (95) Motion to Dismiss Graham (121) is **DENIED.**

7.     The Motion to Strike (95) Motion to Dismiss Winslow (Doc. 122) is **DENIED**.

8.     The Motion to Strike (95) Motion to Dismiss Jimenez (Doc. 124) is **DENIED.**

9.     The Motion to Strike (Doc. 95) Motion to Dismiss Zmijewski (Doc. 125) is **DENIED.**

10.    The Motion for Default Judgment Against Richard E. Brown (Doc. 99) is **DENIED** with prejudice.

11.    The Motion for Default Judgment Against Harry Sperl (Doc. 100) is **DENIED.**

12.    Plaintiffs' Motion to Dismiss John Tanner (Doc. 119) is **DENIED.**

13.    Plaintiff's Motion to Dismiss John Bolton (Doc. 120) is **DENIED.**

14.    Plaintiff's Motion to Dismiss Sroves (Doc. 127) is **DENIED.**

15.    Motion for Transcript of Hearing (Doc. 136) is **DENIED as moot.**

16.    Motion for Preliminary Injunction (Doc. 116) is **DENIED as moot**.

The Court further **ORDERS** the Plaintiffs to show cause within ten (10) days from the date of this Order as to why the remaining claims should not be dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____4_____ day of October, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-3-